Case 08-20663    Doc 3    Page 1 of 3

2008-20663
FILED
January 22, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001049027

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re  Alan Leonard Piazza  )
       and                  )
       Roberta Louise Piazza )
                            )  Case No. _____
                            )
                            )
                            )
              Debtor(s).    )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[  ]    on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[  ]    typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[•]    electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:


/s/ Alan Leonard Piazza                              /s/ Roberta Louise Piazza
       Alan Leonard Piazza                                  Roberta Louise Piazza

EDC 2-100   (Rev. 9/2004)

Academy Collections Service
Attn  Bankruptcy Dept
10965 Decatur Rd
Philadelphia   PA   19154-3210

ADT
PO Box 650485
Dallas  TX  75265-0485

AT&T
Attn  Bankruptcy Dept
P O  Box 75004
Arlington  TX  75004

Book of the Month Club
PO Box 6404
Camp Hill  PA  17012-6404

Check and Merchant Services
Attn  Bankruptcy Dept
445 Hamilton Ave  Ste 1102
White Plains  NY  10601

CMS
445 Hamilton Ave  Suite 1102
White Plains  NY  10601

Countrywide Home Loans
SV-34
P O  Box 10221
Van Nuys  CA  91410-0221

Credit Solutions  LLC
Attn  Bankruptcy Dept
P O  Box 4115
Concord  CA  94524

International Masters Publishe
c/o Credit Solutions
PO Box 2121
Metairie  LA  70004-2121

JC Penny
Attn  Bankruptcy Dept
P O  Box 103126
Roswell  GA  30076

Kosta Adams
#2 Scripps Drive  Suite 307
Sacramento  CA  95825

Nationwide Credit
4700 Vestal Parkway E
Vestal  NY  13850-3770

```
Pacific Bell/ATT
c/ Midland Credit
Dept  8870
Los Angeles   CA   90084

Penn Credit Corp
Attn  Bankruptcy Dept
P O  Box 988
Harrisburg   PA   17108-0988

SAFE Credit Union
Attn  Bankruptcy Dept
P O  Box 1057
North Highlands  CA   95660-1057

TrueLogic
Attn  Bankrutpcy Dept
P O  Box 4437
Englewood   CO   80155-4437

Universal Fidelity LP
Attn  Bankruptcy Dept
P O  Box 941911
Houston  TX   77094-8911
```