FILED
January 31, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001063445

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-61283

Attorneys for Movant,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALAN LEONARD PIAZZA AND<br>ROBERTA LOUISE PIAZZA,<br><br>DEBTORS. | Case No.: 08-20663 C-7<br>Chapter 7<br>DC No. MBB-001<br><br>**Hearing** –<br>Date:  March 11, 2008<br>Time:  09:30 A.M.<br>Place:  U.S. BANKRUPTCY COURT<br>          501 I Street<br>          Sacramento, CA  95814<br>          Courtroom 35, Dept. C, 6th Floor |

## MOVANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO DEBTORS, ALAN LEONARD PIAZZA AND ROBERTA LOUISE PIAZZA, DEBTORS' COUNSEL, ROBERT W. FONG, THE CHAPTER 7 TRUSTEE, JOHN R. ROBERTS, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on March 11, 2008 at 09:30 A.M., in the U.S. BANKRUPTCY COURT, 501 I Street, Sacramento, CA 95814, Courtroom 35, Dept. C, 6th Floor, the undersigned will bring on for Hearing its Motion for Order Granting Relief from

1

1  Automatic Stay, pursuant to Local Rule 9014-1(f)(1), before the HON. CHRISTOPHER M.
2  KLEIN.
3         Pursuant to Local Rule 9014-1(f)(1)(ii), opposition, if any, to the granting of the motion
4  shall be in writing and shall be served upon the attorney for Movant, whose mailing address is
5  listed above, and the parties listed in the attached Proof of Service.  Such opposition must be
6  filed with the Clerk of the Court by the responding party not less than fourteen (14) calendar
7  days preceding the noticed (or continued) date of hearing.  Without good cause, no party will be
8  heard in opposition to this motion at oral argument if written opposition to the motion has not
9  been timely filed.  Unless written opposition and supporting evidence are filed with the Clerk
10 and served on the Movant, the Court may resolve the matter without oral argument.  Any
11 opposition must specify whether the responding party consents to the Court's resolution of
12 disputed material factual issues pursuant to FRCivP 43(e).  If the responding party does not so
13 consent, the opposition shall include a separate statement identifying each disputed material
14 factual issue.

15                                          MILES, BAUER, BERGSTROM & WINTERS, LLP

16 Dated:   1/31/08                By:   /s/ Mark T. Domeyer
                                         Mark T. Domeyer, Esq.
17                                       Attorney for Movant

18 08-61283/rlw

2