Case 08-20663   Doc 9   Page 1 of 4

FILED
January 31, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001063446

**4**

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA  92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-61283

Attorneys for Movant,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALAN LEONARD PIAZZA AND ROBERTA LOUISE PIAZZA,<br><br>DEBTORS. | Case No.: 08-20663 C-7<br>Chapter 7<br>DC No. MBB-001<br><br>**Hearing –**<br>Date:  March 11, 2008<br>Time:  09:30 A.M.<br>Place:  U.S. BANKRUPTCY COURT<br>           501 I Street<br>           Sacramento, CA  95814<br>           Courtroom 35, Dept. C, 6th Floor |

### DECLARATION OF STACY BASTON IN SUPPORT OF MOVANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, STACY BASTON, declare and state as follows:

I am an employee of COUNTRYWIDE HOME LOANS, INC., Servicer for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), hereinafter "Movant", and familiar with the subject first Trust Deed loan in favor of Movant herein and the ongoing Bankruptcy litigation herein.  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") is the original beneficiary under said Trust Deed.

1

1   In my position, I function as a custodian of records of Movant, and I have custody and
2   control of the books and records maintained by Movant relating to the loan transactions
3   described below. If called upon as a witness, I would competently testify to the facts stated
4   herein.

5   I make this Declaration based upon the information contained in the records and
6   documents which I have personally reviewed and which information I find such records and
7   documents reflect. I state that the records and documents constitute writings taken or made in
8   the regular and ordinary course of business of Movant at or near the time of the act, condition or
9   event to which they relate. I further state from my own knowledge that any such record or
10  documents is prepared in the ordinary course of business of Movant by a person employed by
11  Movant who had personal knowledge of the event being recorded and who had a business duty to
12  Movant to record such event.

13  The subject real property securing said first Trust Deed loan is generally described as
14  **2215 Borona Way, Sacramento, CA  95833** ("Property" herein) and legally described as
15  follows:

16  LOT 747, AS SHOWN ON THE MAP ENTITLED, FRATES RANCH UNIT
    NO. 5, RECORDED ON MAY 6, 1981, IN BOOK 146 OF MAPS, PAGE 1.
17

18  This Movant's principal is the payee of a promissory Note dated November 10, 2006, in
19  the principal amount of $303,750.00, which is secured by the above-referenced Deed of Trust. A
20  copy of said Note and Deed of Trust are attached hereto as **Exhibits "1" and "2"**.

21  On or about January 22, 2008, Debtors commenced the current Chapter 7 Bankruptcy
22  proceeding in this Court.

23  With respect to the amounts secured by the Deed of Trust, the following is due and
24  owing:

2

| | | |
|---|---|---|
| Unpaid Principal Balance | = | $302,896.52 |
| Total Arrearages | | |
| 6 monthly payments at $2,072.06 each (August 1, 2007 through January 1, 2008) | = | $12,432.36 |
| Accrued Late Charges | = | $186.00 |
| Fees Due | = | $682.00 |
| Escrow Balance | = | $107.03 |
| Suspense | = | $-1,786.24 |
| Bankruptcy Attorney's Fees and Costs | = | $650.00 |
| Filing Fee | = | $150.00 |
| TOTAL DELINQUENCIES | = | $12,421.15 |
| TOTAL Unpaid Principal plus Delinquencies | = | $315,317.67 |

Furthermore, a monthly payment becomes due on February 1, 2008, and same becomes due on the first (1ˢᵗ) day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due. **This account is an impound account. The regular monthly payment contains an impound amount of $211.98.**

In the event Movant obtains title to the Property at its foreclosure sale, Movant will incur substantial fees and costs in reselling the Property. Based on past experience of the Movant, the additional cost is a minimum of eight to ten percent. This cost is primarily commission fees on resale, and title and closing costs. Further, it is typical to incur further expense for putting the Property in marketable condition.

///

///

///

///

3

1     Movant has elected to initiate foreclosure proceedings on the subject property with respect to the subject Trust Deed, and a Notice of Default and Election to Sell was recorded on November 26, 2007.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

    Executed this __31st__ day of __January__, 2008, at Richardson, Texas.

/s/ Stacy Baston
STACY BASTON

08-61283/edmfr.dot/rlw

4