Case 08-20663   Doc 10   Page 1 of 7

FILED
January 31, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001063447

7

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-61283

Attorneys for Movant,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALAN LEONARD PIAZZA AND ROBERTA LOUISE PIAZZA,<br><br>DEBTORS. | Case No.: 08-20663 C-7<br>Chapter 7<br>DC No. MBB-001<br><br>**Hearing –**<br>Date: March 11, 2008<br>Time: 09:30 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 35, Dept. C, 6th Floor |

**EXHIBITS 1-3 IN SUPPORT OF MOVANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")'S MOTION FOR RELIEF FROM STAY**

| Exhibit # | Document | Page # |
|---|---|---|
| 1 | Schedule A of Debtor's Schedules (w/Declaration) | 2 |
| 2 | Schedule D of Debtor's Schedules | 4 |
| 3 | Letter and Stipulation to Chapter 7 Trustee | 5 |

1

FORM B6A (Official Form 6A) (12/07)

In re **Alan Leonard Piazza and Roberta Louise Piazza**,      Case No._____
               Debtor(s)                                                (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2215 Borona Way, Sacramento, CA | | C | $ 320,000.00 | $ 320,000.00 |
| | | **TOTAL $** (Report also on Summary of Schedules.) | 320,000.00 | |

No continuation sheets attached

EXHIBIT 1

2

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Alan Leonard Piazza and Roberta Louise Piazza**          Case No. _____
                          Debtor                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **1/18/2008**         Signature **/s/ Alan Leonard Piazza**
                                      Alan Leonard Piazza

Date: **1/18/2008**         Signature **/s/ Roberta Louise Piazza**
                                      Roberta Louise Piazza

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

3

EXHIBIT 1

B6D (Official Form 6D) (12/07)

In re Alan Leonard Piazza and Roberta Louise Piazza,    Case No. _____
      Debtor(s)                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 4216<br>Creditor # : 1<br>Countrywide Home Loans<br>SV-34<br>P.O. Box 10221<br>Van Nuys CA 91410-0221 | | C 2000<br>Second Deed of Trust<br>2215 Borona Way, Sacramento, CA<br><br>Value: $ 320,000.00 | | | | $ 40,000.00 | $ 40,000.00 |
| Account No: 4216<br>Creditor # : 2<br>Countrywide Home Loans<br>SV-34<br>P.O. Box 10221<br>Van Nuys CA 91410-0221 | | C 2006<br>First Deed of Trust<br>2215 Borona Way, Sacramento, CA<br><br>Value: $ 320,000.00 | | | | $ 328,000.00 | $ 8,000.00 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)    $ 368,000.00    $ 48,000.00

Total $ (Use only on last page)    $ 368,000.00    $ 48,000.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

EXHIBIT 2

4

DOUGLAS E. MILES*
  Also Admitted in Illinois & Nevada
RICHARD J. BAUER, JR.
JEREMY BERGSTROM*
  Also Admitted in Arizona
FRED TIMOTHY WINTERS
KEENAN E. McCLENAHAN
EDWARD T. WEBER
MARK T. DOMEYER
  Also Admitted in District of Columbia & Virginia
TAMI S. CROSBY
DAVID G. HERMANN*
  Also Admitted in Utah
CHANTEL M. SCHIMMING*
  Also Admitted in Montana
MATTHEW D. TOKARZ
JONATHAN J. DAMEN

# MILES, BAUER, BERGSTROM & WINTERS, LLP

ATTORNEYS AT LAW

1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
Phone: (714) 481-9100
Fax: (714) 481-9144

* NEVADA OFFICE
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
Phone: (702) 369-5960
Fax – BK & EV:
(702) 369-4955
Fax – CV & FC:
(702) 942-0411

Of Counsel
JOHN W. LISH
Admitted in Utah

January 30, 2008

MAILED

(VIA REGULAR MAIL)

John R. Roberts, Trustee
P.O. Box 1506
Placerville, CA 95667

Re:   Debtor(s)      :   PIAZZA
      Loan No.       :   153084216
      Bk. Case No.   :   08-20663 C-7
      Our File No.   :   08-61283

Dear Mr. Roberts:

This firm represents MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), the holder of a claim secured by property of the estate commonly known as **2215 Borona Way, Sacramento, CA 95833 ("Property")**. Although you have not conducted the 341a meeting, we are preparing to file a Motion for Relief based on Debtor's intention to surrender and a belief that there is no equity in the Property. The Scheduled value is $320,000.00 and my client is owed approximately $315,000.00 on its first priority deed of trust and there is a second priority trust deed scheduled with a pay-off of $40,000.00, so there is no equity for the estate even before costs of sale, junior lien, and exemptions are considered.

Please confirm that you have no intention of administering the collateral as an asset of the estate by endorsing the enclosed consent order for relief from stay. If you do intend to administer the collateral, please confirm and let us know the status of your marketing efforts.

Your cooperation in this matter is appreciated. If you have any questions on this matter, please contact me or my assistant, Rhonda White.

Very truly yours,

MILES, BAUER, BERGSTROM & WINTERS, LLP

Mark T. Domeyer, Esq.

5

EXHIBIT 3

```
 1        2
 2  Mark T. Domeyer, Esq.
    California Bar No. 135008
 3  MILES, BAUER, BERGSTROM & WINTERS, LLP
    1665 Scenic Ave., Suite 200
 4  Costa Mesa, CA  92626
    (714) 481-9100 / FAX (714) 481-9144
 5  File No. 08-61283

 6  Attorneys for Movant,
    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

 7                     UNITED STATES BANKRUPTCY COURT

 8                     EASTERN DISTRICT OF CALIFORNIA

 9                           SACRAMENTO DIVISION
```

| IN RE: | Case No.: 08-20663 C-7 |
|---|---|
| ALAN LEONARD PIAZZA AND ROBERTA LOUISE PIAZZA, | Chapter 7<br>DC No. MBB-001 |
| DEBTORS. | **Hearing –**<br>Date: March 11, 2008<br>Time: 09:30 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA  95814<br>Courtroom 35, Dept. C, 6th Floor |

## STIPULATION AND ORDER TERMINATING AUTOMATIC STAY AS TO THE CHAPTER 7 TRUSTEE ONLY

IT IS HEREBY STIPULATED BY AND BETWEEN Movant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), through its counsel, Mark T. Domeyer, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Movant, and the Chapter 7 Trustee, John R. Roberts, as follows:

Movant and Trustee having entered into the following agreement and the Court having considered the Court records and files, as well as the agreement of the parties, and with good cause appearing therefore, the Court makes its Order as follows:

EXHIBIT 3

1    IT IS ORDERED, ADJUDGED AND DECREED that the automatic stay in the above-
2  entitled Bankruptcy case is immediately terminated and extinguished as to the Chapter 7 Trustee,
3  John R. Roberts, and the estate's interest in the subject real property located at **2215 Borona**
4  **Way, Sacramento, CA  95833**.
5    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 10-day stay
6  provided by Bankruptcy Rule 4001(a)(3) is waived.

8  APPROVED AS TO FORM AND CONTENT:
9                                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

11  DATED:_____        _____
                                  Mark T. Domeyer, Esq.
12                                Attorneys for Movant

14  DATED:_____        _____
                                  John R. Roberts
15                                Chapter 7 Trustee

16  (08-61283/edotstee.dot/rhw)

17  IT IS SO ORDERED:

21  Dated: _____     By: _____
                                   UNITED STATES BANKRUPTCY JUDGE

2
7

**EXHIBIT 3**