```
                                                                    FILED
                                                               January 31, 2008
                                                            CLERK, U.S. BANKRUPTCY COURT
                                                            EASTERN DISTRICT OF CALIFORNIA

                                                                  0001063448
```

# RELIEF FROM STAY INFORMATION SHEET
\* \* SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST  \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** PIAZZA            **CASE NO.** 08-20663 C-7

**MOVANT:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")    **DC NO.** MBB-001

**HEARING DATE/TIME:** March 11, 2008 at 09:30 A.M.

**RELIEF IS SOUGHT AS TO** ( X ) REAL PROPERTY  ( ) PERSONAL PROPERTY  ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  2215 Borona Way, Sacramento, CA 95833

2. Movant's trust deed is a ( X ) 1st  ( ) 2nd  ( ) 3rd  ( ) Other: _____

   OR

   Leased property is ( ) Residential  ( ) Non-residential  Term: ( ) Month-to-Month  ( ) Other

3. Verified appraisal filed?: _____   Movant's valuation of property  $ 320,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 302,896.52 | $ | $ 12,421.15 | $ 315,317.67 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

| COUNTRYWIDE HOME LOANS | $ 40,000.00 |
|---|---|
| N/A | $ 0.00 |
| N/A | $ 0.00 |
| **TOTAL ALL LIENS** | $ 355,317.67 |
| **DEBTOR'S EQUITY** | $ -35,317.67 |

FOR COURT USE ONLY

Note date: _____
Note amount: _____
Note payment: _____

FOR COURT USE ONLY

6. Monthly payment is $ 2,072.06, of which $ 211.98 is for impound account. Monthly late charge is $ 0.00 .
7. The last payment by debtor was received on August 10, 2007 and was applied to the payment due July, 2007 .
8. Number of payments past due and amount: (a) Pre-petition 6  $ 11,621.15  (b) Post-petition 0  $ 800.00 .
9. Notice of Default was recorded on November 26, 2007 . Notice of sale was published on N/A .
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):

   ( ) Cause     ( ) Inadequate protection     ( X ) Lack of equity     ( ) Lack of insurance     ( ) Bad faith

   ( ) Other _____

12. For each ground checked above furnish a brief supporting statement in the space below.

Subsection (2) of 11 U.S.C. Section 362(d) allows the Court to grant relief from the automatic stay if the debtor does not have equity in the subject property and if the subject property is not necessary to an effective reorganization.

EDC 3-468 (Rev. 6/8/05)