FILED
January 31, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001063451

1  Mark T. Domeyer, Esq.
   CA Bar No. 135008
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1665 Scenic Avenue, Suite 200
3  Costa Mesa, CA  92626
   (714) 481-9100 / FAX (714) 481-9144
4  File No. 08-61283

5  Attorneys for Secured Creditor
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In Re, | BK No.: 08-20663 C-7 |
| ALAN LEONARD PIAZZA AND ROBERTA LOUISE PIAZZA, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

   PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

   Mark T. Domeyer, Esq.
   MILES, BAUER, BERGSTROM & WINTERS, LLP
   1665 Scenic Avenue, Suite 200
   Costa Mesa, CA  92626
   PH (714) 481-9100

Dated:  1/31/08                    MILES, BAUER, BERGSTROM & WINTERS, LLP

                                   By:   /s/ Mark T. Domeyer
                                   Mark T. Domeyer, Esq.
                                   Attorney for Secured Creditor

1

# PROOF OF SERVICE

I, __Estrella Tan_____, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626.

On __January 31, 2008_____, I served the within **Request for Special Notice** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California, addressed as follows:

ATTORNEY FOR DEBTOR:
Robert W. Fong
1214 F St.
Sacramento, CA 95814

CHAPTER 7 TRUSTEE:
John R. Roberts
P.O. Box 1506
Placerville, CA 95667

U.S. TRUSTEE:
Robert T. Matsui United States Courthouse
501 "I" Street, Room 7-500
Sacramento, CA 95814-2322

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 31, 2008_____, at Costa Mesa, California.

/s/ Estrella Tan

(08-61283/rfsn.dot/rlw)

2