FILED
January 31, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001063450

3

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-61283

Attorneys for Movant,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALAN LEONARD PIAZZA AND ROBERTA LOUISE PIAZZA,<br><br>DEBTORS. | Case No.: 08-20663 C-7<br>Chapter 7<br>DC No. MBB-001<br><br>**Hearing –**<br>Date: March 11, 2008<br>Time: 09:30 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 35, Dept. C, 6th Floor |

## PROOF OF SERVICE

I, __Estrella Tan__, declare and state as follows:

I am a resident of Orange County, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 1665 Scenic Ave., Suite 200, Costa Mesa, California 92626.

On __January 31, 2008__, I served the within **MOVANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOVANT MORTGAGE**

1

1 | ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")'S MOTION FOR RELIEF
2 | FROM THE AUTOMATIC STAY; DECLARATION OF STACY BASTON IN SUPPORT
3 | OF MOVANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
4 | ("MERS")'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY; EXHIBITS 1-3
5 | IN SUPPORT OF MOVANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
6 | INC. ("MERS")'S MOTION FOR RELIEF FROM STAY; EXHIBITS 1-2 IN SUPPORT
7 | OF DECLARATION OF STACY BASTON IN SUPPORT OF MOVANT MORTGAGE
8 | ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")'S MOTION FOR RELIEF
9 | FROM THE AUTOMATIC STAY; and RELIEF FROM STAY INFORMATION SHEET
10 | on all interested parties in this action by placing a true and correct copy thereof enclosed in a
11 | sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California,
12 | addressed as follows:

13 | DEBTORS:
Alan Leonard Piazza
14 | Roberta Louise Piazza
2215 Borona Way
15 | Sacramento, CA 95833

16 | JUNIOR LIENHOLDER:
Countrywide Home Loans
17 | SV-34
PO Box 10221
18 | Van Nuys, CA 91410-0221

ATTORNEY FOR DEBTORS:
Robert W. Fong
1214 F St.
Sacramento, CA 95814

CHAPTER 7 TRUSTEE:
John R. Roberts
P.O. Box 1506
Placerville, CA 95667

U.S. TRUSTEE:
Robert T. Matsui United States
Courthouse
501 "I" Street, Room 7-500
Sacramento, CA 95814-2322

21 | ///
22 | ///
23 | ///
24 | ///

2

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____January 31, 2008_____, at Costa Mesa, California.


                                          ____/s/ Estrella Tan_____
                                          Estrella Tan

08-61283/edmfr.dot/rlw

3