Case 08-20663   Doc 17   Page 1 of 2

FILED
February 29, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001102816

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
EASTERN District Of CALIFORNIA

In re  Alan Leonard Piazza
and
Roberta Louise Piazza
                                    , Debtor

Case No. 08-20663

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __Alan Leonard Piazza__, the debtor in the above-styled case, hereby
    (Printed Name of Debtor)
certify that on February 25, 2008 (Date), I completed an instructional course in personal financial management provided by Green Path, Inc._____, an approved personal financial
                        (Name of Provider)
management provider.

Certificate No. (if any): 01401-CAE-DE-003441930 .

☐ I, __Alan Leonard Piazza__, the debtor in the above-styled case, hereby
    (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /s/ Alan Leonard Piazza
                    Alan Leonard Piazza
Date: 2-29-08

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 01401-CAE-DE-003441930

Bankruptcy Case Number: 08-20663

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 25, 2008, at 5:33 o'clock PM EST,

Alan L Piazza completed a course on personal financial management given by telephone by

GreenPath, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: February 25, 2008        By     /s/Holli Bratt for Jennifer Anderson

                                Name   Jennifer Anderson

                                Title  Counselor