**FILED**
**March 04, 2008**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001105799

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

ALAN LEONARD PIAZZA and ROBERTA
LOUISE PIAZZA

Debtor(s)

Case No.  08-20663-C-7

Chapter 7

☒ REPORT OF §341 MEETING
☐ REQUEST FOR DISMISSAL
☐ INITIAL REPORT OF ASSET CASE
☒ REPORT OF NO ASSET CASE

☒ REPORT OF §341 MEETING BY TRUSTEE
The Trustee declares:

The meeting was held: 02/29/08

☒ Debtor(s) appeared
☒ Meeting concluded
☐ Meeting was continued to:

☐ Debtor did not appear
☐ Co-debtor did not appear
☐ Counsel did not appear
☐ Debtor(s) failed to file all schedules
   or statement of financial affairs

☐ Other_____

_____

☐ REQUEST FOR DISMISSAL
The Trustee requests that the court issue a Notice of Intent to Dismiss:
☐ Entire case
☐ As to Debtor only
☐ As to Co-debtor only, for the reason(s) declared above

☐ INITIAL REPORT OF TRUSTEE IN ASSET CASE
The trustee has determined that it is likely that there ARE ASSETS of the estate which are not fully exempted or are not fully encumbered, available for liquidation and distribution to the creditors.
☐ The Trustee requests a Notice to File Claims be sent to all creditors.

☒ REPORT OF TRUSTEE IN NO-ASSET CASE
The trustee reports that (s)he has not received any property of the estate, has made a diligent inquiry for assets of the estate and finds that there are NO ASSETS that are not exempted or fully encumbered, available for liquidation and distribution to the creditors.

I swear under penalty of perjury that the information provided above is true and correct.

Dated: February 29, 2008

/s/ John R. Roberts
JOHN R. ROBERTS
Bankruptcy Trustee