FILED
MAR 1 4 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

Debtor : ALAN/ROBERTA PIAZZA         Case No: 08-20663-C-7
MORTGAGE ELECTRONIC REGISTRATION     Adv No :
SYSTEMS, INC., VS.                   DC No  : MBB #1
                                     Date   : 3/11/08
                                     Time   : 9:30 A.M.

Matter :   HEARING - MOTION FOR
           RELIEF FROM AUTOMATIC STAY
           1-31-08   [7]

Judge:              Christopher M. Klein
Courtroom Deputy:   Teresa Jackson
Reporter:           Sandra von Haenel
Department:         C


APPEARANCES for:
  Moving Party
  None

  Respondent
  None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as: 2215 Borona Way, Sacramento, CA, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law. Resolved without oral argument.

No attorney fees or other costs are awarded.

No other relief is authorized.

Dated: MAR 1 4 2008

---
UNITED STATES BANKRUPTCY JUDGE

This document <u>does not</u> constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached order or judgment.

| | | |
|---|---|---|
| Mark Domeyer<br>1665 Scenic Ave #200<br>Costa Mesa, CA 92626-0231 | Robert Fong<br>1214 F St<br>Sacramento, CA 95814 | John Roberts<br>PO Box 1506<br>Placerville, CA 95667 |