FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.1.07)     08-20663 - C - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

3/17/08

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

pdes

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number: 08-20663 - C - 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Alan Leonard Piazza
xxx-xx-9941

Roberta Louise Piazza
xxx-xx-3665

2215 Borona Way
Sacramento, CA 95833

2215 Borona Way
Sacramento, CA 95833

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on March 17, 2008 . The document number and docket text for this order are set forth below.

[22] - Civil Minute Order Granting [7] Motion/Application for Relief from Stay [MBB-1] (pdes)

Dated:
3/17/08

For the Court,
Richard G. Heltzel , Clerk