FORM L51 Final Decree  (v.7.06)                                              08-20663 - C - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**5/9/08**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

pdes

# FINAL DECREE

Case Number:  08-20663 - C - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Alan Leonard Piazza
xxx-xx-9941

2215 Borona Way
Sacramento, CA 95833

Roberta Louise Piazza
xxx-xx-3665

2215 Borona Way
Sacramento, CA 95833

Trustee:    John R. Roberts
            PO Box 1506
            Placerville, CA 95667

Telephone Number:    530-626-4732

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
5/9/08

For the Court,
Richard G. Heltzel , Clerk